# DP DAY PITNEY LLP

STANLEY A. TWARDY, JR.
Attorney at Law

One Canterbury Green
Stamford, CT 06901-2047
T: (203) 977-7368 F: (866) 458-1037
satwardy@daypitney.com

April 1, 2016

**VIA ECF**

The Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Robert Olins*
             Docket No. 1:15-cr-00861-JMF

Dear Judge Furman:

    As directed, we write to confirm that defendant Robert Olins has read the transcript of the hearing held on March 22, 2016, in the above-referenced matter. He also understands that the June 27, 2016, trial date is a firm one, and that "[b]arring something pretty extraordinary, assuming that the case is not otherwise disposed of, we will begin trial on June 27." Tr. at 10.

Respectfully submitted,

Stanley A. Twardy, Jr.

cc:    All Counsel via ECF