```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA                        :
                                                :
           -v-                                  :      15-CR-861 (JMF)
                                                :
ROBERT OLINS,                                   :      SCHEDULING ORDER
                                                :
                            Defendant.          :
                                                :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The parties shall appear for a conference on **Monday, June 6, 2016**, at **3:45 p.m.**, to discuss the trial schedule in this case.

      SO ORDERED.

Dated: June 3, 2016
      New York, New York

_____
JESSE M. FURMAN
United States District Judge