USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2016

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                -v-                                                     :     15-CR-861-1 (JMF)
                                                                        :
ROBERT OLINS,                                                           :     ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Upon review of the Government's sentencing submission, the Court agrees that a *Fatico* hearing is warranted. Per the Court's prior Order, the hearing will be held on **Friday, December 2, 2016**, beginning at **9 a.m.** The parties should be prepared to proceed directly to sentencing following completion of the hearing.

SO ORDERED.

Dated: November 2, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge