

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 22, 2016

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: **United States** v. **Robert Olins**, No. 15 Cr. 861 (JMF)

Dear Judge Furman:

  In submitting the Government's Sentencing Submission on October 28, 2016, the Government inadvertently filed the incorrect document as Exhibit B to the Government's Sentencing Submission. The Government intended to file the transcript of the SEC's deposition of Mr. Olins in 2014, and mistakenly filed the transcript of the SEC's deposition of Mr. Olins in 2009 instead. The Government respectfully requests leave to re-file its submission with the correct transcript attached thereto as Exhibit B.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney

        By: /s/ Christine I. Magdo
          Christine I. Magdo
          Andrea M. Griswold
          Assistant United States Attorneys
          (212) 637-2297/1205

cc: James DeVita, Esq.
   Anthony Cecutti, Esq.