```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :    15-CR-861-1 (JMF)
                                                                        :
ROBERT OLINS,                                                           :         REVISED
                                                                        :    SCHEDULING ORDER
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

    Upon application of defense counsel (in a letter that the Clerk of Court shall file and maintain under seal), IT IS HEREBY ORDERED that the *Fatico* hearing and sentencing previously scheduled for December 2, 2016, is ADJOURNED to **December 20, 2016**, at **9:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  Counsel should promptly confer and advise the Court by letter motion in the event that a longer adjournment is necessary under the circumstances (or if that date does not work).

    SO ORDERED.

Dated: December 1, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/01/2016