

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 6, 2016

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>**United States** v. **Robert Olins**</u>, No. 15 Cr. 861 (JMF)

Dear Judge Furman:

    On December 1, 2016, this Court entered a revised scheduling order, setting a new date of December 20, 2016, at 9:00 a.m., for a *Fatico* hearing and sentencing proceeding in the above-captioned case. The Government has conferred with defense counsel, and the new date works for both parties. The Government would also like to bring to the Court's attention that – although the Government will endeavor to present its evidence as efficiently as possible – the proceedings may require an entire court day to complete.

                                                  Respectfully submitted,

                                                 PREET BHARARA
                                                 United States Attorney

                                  By:    /s/ Christine I. Magdo
                                            Christine I. Magdo
                                            Andrea M. Griswold
                                            Assistant United States Attorneys
                                            (212) 637-2297/1205

cc:    James DeVita, Esq.
        Anthony Cecutti, Esq.