LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 13, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2017

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: United States v. Robert Olins; 15 Cr. 861 (JMF)**

Dear Judge Furman:

    I, along with James DeVita, represent Mr. Robert Olins in the above-referenced matter. I write to respectfully request that the Court amend the designation recommendation in the Judgment.

    After additional research and consideration, Mr. Olins wishes to be designated to FCI Morgantown to serve his sentence. He understands that any recommendations by the Court are advisory and not binding on the Bureau of Prisons (BOP). However, he is aware that recommendations by the Court are seriously considered as part of BOP policy.

    The Court sentenced Mr. Olins to 24 months and ordered him to self-surrender on February 17, 2017. His designation to FCI Morgantown would still allow his family to visit him. His mother, as you may recall, is ill and unable to travel more than 5 miles from her home in West Hartford, CT. Consequently, Your Honor's kind recommendation that Mr. Olins be designated as close to West Hartford, CT is unnecessary. The Department of Justice's policy is to promote family ties during the incarceration process to support rehabilitation and Mr. Olins has family in Pittsburgh, a short distance from Morgantown. Finally, FCI Morgantown has numerous computer apprenticeship programs which Mr. Olins plans to take advantage of and which will be of great help to Mr. Olins in the future.

    Accordingly, we respectfully request that the Court amend the Judgment and recommend that Mr. Olins be designated to FCI Morgantown.

Thank you for your consideration.

> Respectfully submitted,
>
> /s/
>
> Anthony Cecutti

Application GRANTED. The Government shall promptly advise the BOP that the Court recommends that the Defendant be designated to FCI Morgantown.

The Clerk of Court is directed to terminate Docket No. 103.

> SO ORDERED.
>
> January 17, 2017