# DOAR RIECK DEVITA KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
JAMES R. DEVITA

OF COUNSEL
JAMES I. WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

February 14, 2017

**BY ECF**
Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

Re: United States v. Robert Olins, 15 Cr. 861(JMF)

Dear Judge Furman:

    I am writing to request a brief adjournment of the time by which Mr. Olins is required to surrender to begin serving the sentence Your Honor imposed. He is scheduled to surrender by 2 pm on Friday, February 17, 2017. On January 27, 2017, Mr. Olins was informed that he had been designated to FCI Butner, in North Carolina. He has been told that the reason for the designation to an institution so far away was the various medical issues mentioned in the probation report, and the fact that Butner is a medical center. Mr. Olins has appealed that designation within the Bureau of Prisons process because his doctors advise that his medical conditions to not require that he be in a medical center, and incarceration in North Carolina would make visits from family and friends exceedingly difficult. His institutional designation is therefore now listed as "pending." Thus, he apparently has no designated BOP institution to which he can surrender directly. If he were to surrender to the United States Marshal here in the Southern District of New York, he would probably be housed at MCC or MDC for an undetermined period of time until he received his final designation and was then transported to that institution. I am quite familiar with the conditions in MCC and MDC, and I am sure Your

Honor is as well. They are seriously overcrowded and have security levels far above what is necessary or appropriate to Mr. Olins. I respectfully request that his surrender date be adjourned for two weeks to allow for a determination of his appeal before he surrenders. I had conferred with Assistant United States Attorney Magdo, and the government has no objection to this request.

Respectfully submitted,

James R. DeVita

JRD

cc: Andrea Griswold, Esq.
Christine I. Magdo, Esq.
Assistant United States Attorneys
(by ECF)