UNITED STATES DISTRICT COURT
SOUTHERRN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-       15-CR-861 (JMF)

ROBERT OLINS,      ORDER

         Defendant.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 5, 2020, Defendant Robert Olins filed a motion for early termination of his term of supervised release. *See* ECF Nos. 159-161. The Court ordered the Government to file any opposition by February 18, 2020. *See* ECF No. 162. The Government did not file any opposition. Accordingly, the motion is GRANTED as unopposed.

The Clerk of Court is directed to terminate ECF No. 159.

SO ORDERED.

Dated: March 3, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge